# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS SIMPSON, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE J.G. WENTWORTH COMPANY<br><br>Defendant. | CIVIL ACTION FILE NO. 2:22-cv-2911-KSM |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

Jeremy Jackson hereby moves that Anthony Paronich be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff. This motion is being made pursuant to this Court's Policies and Procedures, available at:

https://www.paed.uscourts.gov/documents/procedures/marpol.pdf (Last Visited July 26, 2022). This Court's Order requires:

> Motions for pro hac vice admission should be made as soon as possible and must be filed by an attorney: (1) admitted to practice and in good standing before this Court; (2) whose appearance had been entered in the case in which the motion is made; (3) describing the reasons the client requires this motion; and (4) reciting the positions of all counsel regarding the motion. If any counsel opposes the motion, they must file their opposition papers within three (3) business days of the motion's filing.

The undersigned is admitted to practice and in good standing before this Court and Mr. Jackson has filed an appearance that predates the filing of this motion. Mr. Simpson has retained Mr. Paronich to appear on his behalf in this putative class action as Mr. Paronich has significant experience litigation consumer class actions pursuant to the Telephone Consumer Protection Act, 47 U.S.C. 227. The Defendant has not yet retained counsel and has indicated no position regarding this motion.

In support of this motion, Mr. Paronich also submits his attached Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the Local Rules and the foregoing Standing Order.

PLAINTIFF,
By his attorneys

*/s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Anthony I. Paronich (*subject to pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 26, 2022, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeremy C. Jackson*
Jeremy C. Jackson (PA Bar No. 321557)