IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS SIMPSON,** *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **THE J.G. WENTWORTH COMPANY**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-2911-KSM** |

## ORDER

**AND NOW**, this 19th day of January, 2023, upon consideration of Plaintiff's Motion to Transfer (Doc. No. 19) and Defendant's opposition brief (Doc. No. 21), it is **ORDERED** that the motion is **GRANTED**. The Clerk of Court shall **TRANSFER** this case to the United States District Court for the Middle District of Florida.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.